IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) No. | 1:22CR166SNLJ-ACL |
| ) | |
| BLADE DANIELS and ) | |
| DANIEL JOSHUA BIRD, ) 18 U.S.C. § 922(o) | |
| ) | |
| Defendants. ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

On or about October 21, 2022, in New Madrid County, in the Southeastern Division of the Eastern District of Missouri, the defendants,

**BLADE DANIELS and DANIEL JOSHUA BIRD,**

each aided and abetted by the other, did knowingly possess and transfer a machinegun, that is, a Glock conversion device designed and intended solely and exclusively for use in converting a weapon into a machine gun, in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY

5